200421532
(alw)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### AT CLEVELAND

| | | |
|---|---|---|
| IN RE: | : | Case No. 04-24772 |
| Raymond Murray | : | Chapter 13 |
| | : | Judge Baxter |
| Debtor | | |
| | : | **ORDER GRANTING RELIEF FROM STAY** |
| | | **OF THE LEADER MORTGAGE COMPANY** |
| | : | **AKA LEADER MORTGAGE COMPANY, LLC** |
| | | **C/O U.S. BANK HOME MORTGAGE** |
| | : | **(PROPERTY ADDRESS: 7604 SAGAMORE** |
| | | **AVENUE, CLEVELAND, OHIO 44103)** |

This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by The Leader Mortgage Company aka Leader Mortgage Company, LLC c/o U.S. Bank Home Mortgage ("Movant"); and a response having been filed by debtor; and a hearing having been held on May 26, 2005.

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion.

At the hearing, Susan M. Mandryk appeared on behalf of Movant and no one appeared on behalf of Debtor. The court granted the relief requested and granted the debtor thirty (30) days to reinstate the automatic stay.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by Section 362 of the Bankruptcy Code is terminated with respect to Movant, its successors and assigns.

2. The Chapter 13 Trustee shall discontinue payments to Movant on its claim under the Chapter 13 Plan filed by the Debtor(s). Movant is directed to file a report of sale promptly following liquidation of the Collateral if any excess proceeds have been received and Movant is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

3. The debtor has thirty (30) days from the entry of this Order to reinstate the automatic stay by tendering sufficient funds to bring the loan post-petition current.

DATED: JUN - 1 2005

UNITED STATES BANKRUPTCY JUDGE

SUBMITTED BY:


/s/ Robert Charles Dix
Robert Charles Dix, Case Attorney
Ohio Supreme Court #0073507
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 241-3100 ext. 3361

COPIES TO:

Raymond Murray – PRO SE
7604 Sagamore Avenue
Cleveland, Ohio 44103

Craig Shopneck, Trustee
BP Tower
200 Public Square, Suite 3860
Cleveland, OH  44114-2314

Office of the U.S. Trustee
BP America Building
200 Public Square
20th Floor, Suite 3300
Cleveland, Ohio  44114-2301

Robert Charles Dix, Esq.
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio  45201-5480