*139630*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
2006 JAN -3 PM 2:06

CLERK
NORTHERN DISTRICT OF COURT
CLEVELAND OF OHIO

In Re: Raymond Murray  Case No. 04-24772-rb
Chapter 13

Debtor(s)  Judge: Randolph Baxter

## TRANSMITTAL OF UNCLAIMED FUNDS

Craig Shopneck, Standing Chapter 13 Trustee, reports the following:

1. The above captioned case was plan dismissed. As a result, the Trustee has made a distribution to the following Debtor(s):

   Raymond Murray  Check No. 245813  $557.72
   7604 Sagamore Ave.
   Cleveland, OH  44103

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to debtor's failure to negotiate the check.

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of $557.72 payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: December 21, 2005

Craig Shopneck (#0009552)
Chapter 13 Trustee
200 Public Square
BP Tower, Suite 3860
Cleveland, OH 44114
(216) 621-4268