# United States Bankruptcy Court

RAYMOND MURRAY  
7604 SAGAMORE AVE  
CLEVELAND, OH 44103

Case No.: 04-24772-rb  
SS #1: XXX-XX-5930

## FINAL REPORT AND ACCOUNT

| | MO. | DAY | YR. | | | MO. | DAY | YR. | | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This case was commenced on | 11 | 18 | 04 | The Plan was confirmed on | | | | | The Case was concluded on | | 07 | 31 | 05 |

Dismissed Prior To Confirmation

Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court, or are attached hereto, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $ 602.72

| DISBURSEMENTS TO CREDITORS CREDITOR'S NAME | CLAIM NUMBER | CLASSIFICATION | AMOUNT CLAIMED | AMOUNT PAID PRINCIPAL | AMOUNT PAID INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| ASSOCIATES | 001 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CORPORATE COLLECTION SVC | 002 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| CROSS COUNTRY BK | 003 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| SHAKER HTS MUNICIPAL COUR | 004 | Unsecured | 0.00 | 0.00 | 0.00 | Not Filed |
| LEADER MORTGAGE CO | 005 | Secured | 0.00 | 0.00 | 0.00 | Not Filed |
| RAYMOND MURRAY | 999 | Refund | 557.72 | 557.72 | 0.00 | 0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | GENERAL | LATE | SPECIAL | TOTAL | |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | 0.00 | 0.00 | 0.00 | 0.00 | 557.72 | 557.72 | TOTAL PAID PRINCIPAL AND INTEREST |
| PRINCIPAL PAID | 0.00 | 0.00 | 0.00 | 0.00 | 557.72 | 557.72 | |
| INTEREST PAID | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 557.72 |

OTHER DISBURSEMENT UNDER ORDER OF COURT

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| RAYMOND MURRAY / PRO SE | 0.00 | 0.00 |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES CLERK'S CHARGES | ADDITIONAL CHARGES .25 EACH CLAIM OVER 10 | TRUSTEE ADMINISTRATIVE CHARGES | OTHER COST | |
|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | | 45.00 | 0.00 | 45.00 |

WHEREFORE, your Petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your Petitioner and The Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just. Pursuant to FRBP 5009, I hereby certify that the above captioned case has been fully administered.

/s/ CRAIG SHOPNECK

CRAIG SHOPNECK

Claims have not been entered due to dismissal or conversion of case prior to confirmation. Filed claims are on record with the U.S. Bankruptcy Court.